**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-2359**

_____

LINDA L. KENNEDY,

                                    Plaintiff - Appellant,

        versus

VIRGINIA STATE BAR; THOMAS A. EDMONDS; PAUL
GEORGIADIS; JAMES C. MCCAULEY; BARBARA
WILLIAMS; RHYSA SOUTH,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-02-481)

_____

Submitted:  April 8, 2003          Decided:  April 17, 2003

_____

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Linda L. Kennedy, Appellant Pro Se.  James Walter Hopper, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Linda L. Kennedy appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated on the bench by the district court. <u>See</u> <u>Kennedy v. Virginia State Bar</u>, No. CA-02-481 (E.D. Va. Oct. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>